**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-1845-RM-MEH

ESTATE OF DENNIS CHOQUETTE

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA d/b/a Bent County Correctional Facility;
JORDAN MELGOZA, RN, a/k/a Jordan Mallard;
JAYNE SCARFF, NP;
KATHRYN GRADIN, PA;
GAIL VORIS, RN;
LINDSEY FISH, M.D.;
HOLLY BLUMER, RN;
TIMOTHY CREANY, JR, MD
CARMEN A. MEYER, NP, a/k/a Carmen Cook;
SALLY A. PARKHILL, RN a/k/a Sally Singh;
ROSANNE DAVIES, RN;
RHONDA HARDRICK;
MICHELLE ARAGON;
JUANA RODRIGUEZ;
MARK GARDUNIO;
JOSE CONTRERAS;
MARY SHOCKLEY;
ROSA FRAYRE;
RICK RAEMISCH, Executive Director of the Colorado Department of Corrections, sued in his official capacity;
PHYSICIAN HEALTH PARTNERS, LLC d/b/a Correctional Health Partners;
JENNIFER MIX, D.O.;
JANE GILDEN, NP;

Defendants.

---

**JOINT MOTION FOR STAY**

---

Counsel for the undersigned parties jointly request that the Court entirely stay the above referenced matter including all pending deadlines for 90 days pending completion of a global Mediation and, as grounds therefore, show the Court as follows:

1. As the Court is aware, Mr. Choquette was pursuing a 42 U.S.C. 1983 case related to deliberate indifference to his known serious medical needs and related claims.

2. While the case was pending, Mr. Choquette died.

3. His Estate has now filed a case on its own behalf, 17-cv-60-KLM and his personal representative has been substituted in this matter.

4. All parties involved in this litigation have agreed to stay this case in order to pursue mediation to resolve both matters. It is anticipated that the same stay will be sought in the related 17-cv-60-KLM case once all parties have been served there and can enter their appearance which is in the process of being accomplished now.

5. Mediation is also in the process of being scheduled with Judge William Meyer to take place in late March or early April. In the interim, the parties will engage in informal exchanges of information of limited amounts of additional records that may be needed beyond those numerous records already exchanged. This will give all parties time to evaluate the new medical records and all available information pertaining to Mr. Choquette's death and prepare for mediation.

6. The parties believe and agree that it is essential that they turn their energies to working on a resolution of these cases without the additional pressures or expense of litigation deadlines, responsive pleadings and the extensive discovery required in this complex many party litigation. It is for this reason that a full stay is requested. The parties further agree that they will

notify the Court no later than April 30, 2017 and sooner as appropriate to indicate whether the stay needs to be lifted, modified, extended or whether the matter has been resolved.

7. The parties believe the requested stay is in the interest of justice as well as judicial and party economy.

WHEREFORE, the parties request that all proceedings and deadlines in this case including all discovery and disclosures required by Federal Rule of Civil Procedure Rule 26(a) and (e) and all of the deadlines established by this Court in the Scheduling Order entered on October 26, 2016, be stayed until completion of mediation, which the parties currently expect to be concluded by April 19, 2017.

Respectfully submitted this 27th day of January, 2017.

*/s/ John Holland*
John Holland
Anna Holland Edwards
Dan Weiss
**HOLLAND, HOLLAND EDWARDS & GROSSMAN, P.C.**
1437 High Street
Denver, CO 802018
anna@hheglaw.com
john@hheglaw.com
dan@hheglaw.com
*Attorneys for Plaintiff*

*/s/ Andrew Ringel*
Andrew Ringel
Jacob Massee
**HALL & EVANS, L.L.C**
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com
masseej@hallevans.com
*Attorneys for Defendants CCA, Melgoza, Scarff, Voris, Fish, Blumer, Creany, Mix and PHP*

*/s/ Chris Alber*
Chris Alber
**STATE OF COLORADO**
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Chris.alber@coag.gov
*Attorney for Defendants Raemisch, Rodriguez, Hardrick, Gardunio, Meyer, Contreras, Aragon, Frayre, Shockley, Parkhill, Davies*

*/s/ Grace A. Fox*
Grace A. Fox
Kevin J. Kuhn
**WHEELER TRIGG O'DONNELL, LLP**
370 17th Street, Suite 4500
Denver, CO 80202
kuhn@wtotrial.com
fox@wtotrial.com
*Attorneys for Defendant Gradin*

/s/ D. Scott Rendleman
D. Scott Rendleman
**HALL PRANGLE & SCHOONVELD, LLC**
475 17th Street, Suite 800
Denver, CO 80202
srendleman@hpslaw.com
*Attorney for Defendant Gilden*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Andrew Ringel
Jacob Massee
**HALL & EVANS, L.L.C**
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com
masseej@hallevans.com
*Attorneys for Defendants CCA, Melgoza, Scarff, Voris, Fish, Blumer, Creany, Mix and PHP*

Chris Alber
**STATE OF COLORADO**
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Chris.alber@coag.gov
*Attorney for Defendants Raemisch, Rodriguez, Hardrick, Gardunio, Meyer, Contreras, Aragon, Frayre, Shockley, Parkhill, Davies*

Kevin J. Kuhn
Grace A. Fox
**WHEELER TRIGG O'DONNELL, LLP**
370 17th Street, Suite 4500
Denver, CO 80202
kuhn@wtotrial.com
fox@wtotrial.com
*Attorneys for Defendant Gradin*

D. Scott Rendleman
**HALL PRANGLE & SCHOONVELD, LLC**
475 17th Street, Suite 800
Denver, CO 80202
srendleman@hpslaw.com
*Attorney for Defendant Gilden*

/s/ Brooke Thiele-LaForest
Brooke Thiele-LaForest, Paralegal